IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PRODUCTION AUTOMATION, INC.,)
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )      2:10cv1102-MHT
                            )          (WO)
VERTIQUE, INC., et al.,     )
                            )
    Defendants.             )
```

## JUDGMENT

By agreement of the parties, it is ORDERED that the motion to dismiss (doc. no. 9) is granted and that defendant Hartness Vertique Warehouse Automation and the claims against it are dismissed without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains pending as to the other defendants.

DONE, this the 25th day of January, 2011.

                                              /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE